**Sandra Rawski**

| | |
|---|---|
| **From:** | USDC_ECF_ILND |
| **Sent:** | Tuesday, August 31, 2021 7:19 AM |
| **To:** | InterDistrictTransfer_WAWD |
| **Subject:** | Transferred case has been opened |

CASE: 2:21-cv-00915

DETAILS: Case transferred from Washington Western has been opened in Northern District of Illinois - CM/ECF LIVE, Ver 6.3.3 as case 1:21-cv-04633, filed 08/31/2021.